FILED

2006 May-11  AM 09:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation, | } } } } | |
| Plaintiff, | } } | |
| | } | CASE NO. CV 06-B-0222-NE |
| v. | } } | |
| STEVEN LAMONS, | } } | |
| Defendant. | } } } | |

## ORDER

This case is before the court on the Notice of Voluntary Dismissal pursuant to Federal Rules of Civil Procedure 41(a),  filed on May 10, 2006.  Upon consideration of the Notice of Voluntary Dismissal and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**DONE** this 11th day of May, 2006.

*Sharon Lovelace Blackburn*
_____
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE